USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOPI SHIPPING S.A.,

                Plaintiff(s),                          09 Civ. 3069 (RMB)

      -against-

EVER DEMAND INVESTMENTS,

                Defendant(s).
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Plaintiff having failed to appear before the Court on May 12, 2009 and not having advised the Court of a reason for Plaintiff's failure to appear, it is hereby

**ORDERED,** the above-entitled action be, and the same hereby is, discontinued; provided, however, that within fourteen (14) days of the date of this Order, counsel for Plaintiff may upon good cause shown apply by letter for restoration of the action.

**SO ORDERED.**

Dated: New York, New York
         May 12, 2009

                                                           /s/ RMB
                                                 **Hon. Richard M. Berman, U.S.D.J.**